# United States District Court
NORTHERN DISTRICT OF CALIFORNIA   E-filing

MARCY VELASQUEZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **EDL**

V.

CATHEDRAL HEIGHTS, LLC, a California Limited Liability Company, RESORT RENTAL, LLC., a Delaware Limited LiabilityCompany, dba CATHEDRAL HILL HOTEL, CALIFORNIA PACIFIC MEDICAL CENTER, a California corporation, CATHEDRAL HILLASSOCIATES, INC., a California corporation, and DOES ONE to FIFTY, inclusive

**CV 08   4012**

TO: (Name and address of defendant)

CATHEDRAL HEIGHTS, LLC, c/o CSC-Lawyers Incorporating Service
RESORT RENTAL, LLC., c/o CSC-Lawyers Incorporating Service
2730 Gateway Oaks Drive, Sacramento, CA 95833
CALIFORNIA PACIFIC MEDICAL CENTER, c/o Theresa Carney, Agent for Service
3801 Sacramento Street, 7th FL, Suite 729C, San Francisco, CA 94103
CATHEDRAL HILL ASSOCIATES, c/o CT Corporation
818 West Seventh Street, Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JASON K. SINGLETON
RICHARD E. GRABOWSKI
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

AUG 2 1 2008
DATE

E-filing

(BY) DEPUTY CLERK

Helen L. Almacen