|   |   |
|---|---|
| 1 | JULIE RANEY (SBN 176060) |
|   | McDONOUGH HOLLAND & ALLEN PC |
| 2 | Attorneys at Law |
|   | 555 Capitol Mall, 9th Floor |
| 3 | Sacramento, CA  95814 |
|   | Phone: 916.444.3900 |
| 4 | Fax:    916.444.3249 |
|   |   |
| 5 | Attorneys for Defendant California Pacific Medical Center |
|   |   |
| 6 | JASON K. SINGLETON (SBN 166170) |
|   | RICHARD E. GRABOWSKI (SBN 236207) |
| 7 | SINGLETON LAW GROUP |
|   | 611 "L" Street, Suite A |
| 8 | Eureka, CA  95501 |
|   | Phone: 707.441.1177 |
| 9 | Fax:    707.441.1533 |
|   |   |
| 10 | Attorneys for Plaintiff Marcy Velasquez |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARCY VELASQUEZ, | ) | No. CV 08-4012 EDL |
|---|---|---|
|       Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT CALIFORNIA PACIFIC MEDICAL CENTER TO RESPOND TO COMPLAINT** |
|   v. | ) |   |
| CATHEDRAL HEIGHTS, LLC, a California Limited Liability Company, RESORT RENTAL, LLC, a Delaware Limited Liability Company, dba CATHEDRAL HILL HOTEL, CALIFORNIA PACIFIC MEDICAL CENTER, a California corporation, CATHEDRAL HILL ASSOCIATES, INC., a California corporation and DOES ONE to FIFTY, inclusive, | ) |   |
|       Defendants. | ) |   |

IT IS HEREBY STIPULATED by and between Plaintiff Marcy Velasquez and Defendant California Pacific Medical Center, through their undersigned counsel, that Defendant's time to

/ / /

/ / /

/ / /



1

STIPULATION & [PROPOSED] FOR EXTENSION TO RESPOND TO COMPLAINT          1133644v1 99999/0001

1  respond to the complaint filed by Marcy Velasquez in this case, shall be extended to October 30,
2  2008.

4  DATED: September 25, 2008					McDONOUGH HOLLAND & ALLEN PC
							Attorneys at Law

							By: _____/s/ Julie Raney_____
							        JULIE RANEY

							Attorneys for Defendant California Pacific Medical Center

11 DATED: September 26, 2008					SINGLETON LAW GROUP

							By: _/s/ Jason K. Singleton (as authorized on 9/26/08)_
							        JASON K. SINGLETON

							Attorneys for Plaintiff Marcy Velasquez

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September __29__, 2008					_____
							JUDGE OF THE U.S. DISTRICT COURT

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*