**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

**Attorney for Plaintiff, MARCY VELASQUEZ**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCY VELASQUEZ,**<br><br>     Plaintiff,<br><br>v.<br><br>**CATHEDRAL HEIGHTS, LLC**, a California Limited Liability Company, **RESORT RENTAL, LLC.**, a Delaware Limited Liability Company, dba **CATHEDRAL HILL HOTEL, CALIFORNIA PACIFIC MEDICAL CENTER,** a California corporation, **CATHEDRAL HILL ASSOCIATES, INC.**, a California corporation  and DOES ONE to FIFTY, inclusive,<br><br>     Defendants. | Case No. C-08-4012 EDL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (**~~Proposed~~**) ORDER** |

  Plaintiff MARCY VELASQUEZ and Defendants CATHEDRAL HEIGHTS, LLC, CALIFORNIA PACIFIC MEDICAL CENTER, and RESORT RENTAL, LLC, dba CATHEDRAL HILL HOTEL (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

  1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: May 20, 2009

/s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **MARCY VELASQUEZ**

**McDONOUGH HOLLAND & ALLEN PC**

Dated: May 19, 2009

/s/ Julie Raney
Julie Raney, Attorney for Defendants
**CALIFORNIA PACIFIC MEDICAL CENTER, CATHEDRAL HEIGHTS, LLC**

**BRYAN CAVE LLP**

Dated: May 19, 2009

/s/ Keith D. Klein
Keith D. Klein, Attorney for Defendant
**RESORT RENTAL, LLC**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Velasquez v. Cathedral Heights, LLC, et al.</u>, Case Number C-08-4012 EDL, and Defendants, CALIFORNIA PACIFIC MEDICAL CENTER, CATHEDRAL HEIGHTS, LLC, and RESORT RENTALS, LLC are dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: May 21, 2009

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE